IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHRISTOPHER E. LONGSTRETH, ) | |
| ) | |
| Petitioner ) | |
| ) | |
| vs. ) | No. CIV-05-1364-C |
| ) | |
| ERIC FRANKLIN, Warden, ) | |
| ) | |
| Respondent ) | |

ORDER ADOPTING REPORT AND RECOMMENDATION

This action for habeas corpus relief brought by a prisoner, proceeding pro se, was referred to United States Magistrate Judge Robert E. Bacharach, consistent with the provisions of 28 U.S.C. § 636(b)(1)(B). Judge Bacharach entered a Report and Recommendation on August 24, 2006, to which petitioner has timely objected. The Court therefore considers the matter de novo.

The facts and relevant law are set out in full in the accurate and well-reasoned opinion of the Magistrate Judge and there is no purpose to be served in repeating them yet again. In his objection, petitioner merely restates prior arguments correctly rejected and misconstrues prevailing case law.

Accordingly, the Court adopts, in its entirety, the Report and Recommendation of the Magistrate Judge, and for the reasons announced therein, denies this petition for habeas corpus relief. A judgment will enter accordingly. All pending motions are denied.

IT IS SO ORDERED this 4th day of December, 2006.

ROBIN J. CAUTHRON
United States District Judge